# EXHIBIT 1

**Memorandum of Agreement
between the Providence Pubic School District,
the Rhode Island Department of Elementary and Secondary Education, and
the Rhode Island Community Foundation**

This Agreement (the "Agreement") is made and entered into this 15th day of April, 2021 by and between the Rhode Island Community Foundation, a not-for-profit Community Foundation organized and existing under the laws of Rhode Island, whose address is One Union Station, Providence, Rhode Island 02903 (the "Foundation"), the Providence Public School District, a division of local government, whose principal address is 797 Westminster Street, Providence, Rhode Island 02903 (the "District"), and the Rhode Island Department of Elementary and Secondary Education, a division of state government, whose principal address is 255 Westminster Street, Providence, Rhode Island 02903 (the "Department").

WHEREAS, the Foundation will raise funds of at least $3,175,000 ("Grant Funds") pledged over at least five years from various donors on behalf of supporting a student loan repayment program of up to $25,000 over three years for new teachers of color to the District; and,

WHEREAS, the District will recruit and retain up to 127 teachers of color over five years (approximately 25-26 per school year beginning with 2021-2022) with an incentive of up to $25,000 in student loan repayment over the course of their first three years teaching in the district; and,

WHEREAS, the Foundation has agreed to disburse the approved amount of Grant Funds to the Rhode Island Student Loan Authority ("RISLA") on a yearly basis for student loan repayments to be made directly to loan providers for eligible teachers (see section 2ci below).

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and more fully set forth below, the parties do hereby agree as follows:

1. Responsibilities of the Foundation

    a. Establishment of Fund. The Foundation shall establish a Fund dedicated to the recruitment and retention of teachers of color. The Foundation will utilize this fund for donations made to support this student loan repayment program. The Foundation has received pledges in the amount of $3,175,000 over the next several years. Additional fundraising may be pursued by the Foundation to support this initiative. All funds raised for student loan repayment will be used directly to support loan repayments for new teachers of color (as defined by eligibility in section 2ci).

    b. Disbursements. The Foundation shall make payments using Grant Funds to RISLA annually for eligible teachers identified and approved by the District. The Foundation will be responsible and pay all administrative fees to RISLA directly.

April 15, 2021                                                                                                    Page 1 of 5

    c. **Communications & Media Relations.** The Foundation will lead communication and outreach efforts related to this work with input from the District. The District agrees that any and all inquiries from press or media sources regarding the Foundation's involvement under this Agreement shall be immediately referred to:

        Chris Barnett
        Senior Public Affairs Officer
        Rhode Island Foundation
        1 Union Station
        Providence, RI 02903
        401-427-4055
        Email: CBarnett@RIFoundation.org

    d. **Auditing.** The Foundation shall conduct its annual audit per the Foundation's audit committee.

    e. **No General Liability.** No provision of this Agreement shall require the Foundation to expend or risk its own general funds or otherwise incur any financial liability in the performance of any of its obligations hereunder.

    f. **Financial Records.** The Foundation shall maintain all financial records related to the Project and/or Grant Funds according to Generally Accepted Accounting Principles.

2. **Responsibilities of the District**

    a. **Project Implementation.** The District shall be responsible for recruitment and retention efforts related to the recruitment of new teachers of color. Grant Funds may be used as an incentive to encourage teachers of color to teach in the District. For the purposes of these Grant Funds, teachers of color are defined as full-time (non-substitute) teachers providing classroom instruction who identify as Black, Hispanic, Asian, American Indian, and/or 2 or more races.

    b. **Authorized Personnel.** The District shall advise the Foundation in writing of the identity of the District personnel who are authorized to approve teachers eligible for this program. This individual will also be authorized to share any completed applications or eligibility requirements with the Foundation as deemed necessary.

    c. **Approved Payees.** The District's authorized personnel shall inform the Foundation in writing of approved teachers who are participating in this program annually. In addition, any changes in participants' employment status at the District will be shared with the Foundation.

i. <u>Eligibility</u>. The District will create an eligibility criteria, along with application for participation in the student loan repayment program. If the number of eligible applicants is beyond the level of support available priority may be given based on financial need. A preference may also be given for individuals who identify as Black. The Foundation will be consulted in the development of these documents and reserves the right to provide final consent. Grant Funds will be available for new teachers of color to the District. For the purposes of these Grant Funds, new teachers of color are defined as being in their first year of full-time (non-substitute) teaching or their first year of full-time (non-substitute) teaching in the District who identify as Black, Hispanic, Asian, American Indian, and/or 2 or more races. In addition, the Foundation requests that Teach for America (TFA) candidates in Providence not be considered unless they remain in the District beyond their TFA commitment and meet all other eligibility requirements.

ii. <u>Terms of participation.</u> The District shall monitor participant's eligibility to participate on an annual basis. The District shall recruit and retain up to 127 teachers of color over five years (approximately 25-26 teachers per year) beginning in the 2021-2022 school year. The final year of eligibility will be 2025-2026 (teachers in this cohort will continue to receive student loan repayment until 2027-2028). Individuals accepted into this program will be entitled to student loan repayment of up to $25,000 over their first three years teaching in the District. The student loan repayment timeline is as follows:
- Up to $6,000 after the completion of one year of teaching in District
- Up to $8,500 after the completion of two years of teaching in District
- Up to $10,500 after the completion of three years of teaching in District
- By participating in this program teachers agree to teach in the district for three consecutive years.

Teachers will be responsible for submitting appropriate loan details to RISLA. The District will work with RISLA and the Foundation to confirm all teachers' successful completion of the school year before funds are released to the loan provider.

The District also agrees to communicate the terms of participation with all teachers, including the fact that gifts made on the behalf of the teacher to pay student loans will be considered a taxable event. Teachers are encouraged to consult with a tax professional to understand any and all tax implications for student loan repayment.

a. <u>Reporting.</u> The District will be responsible for reporting to the Foundation on overall efforts and progress related to the recruitment and retention of teacher of color. The following data will be required annually:
- Number of new teachers of color hired (disaggregated by grade level and subject area)
- Number of new teachers of color retained from year to year
- Details on recruitment and retention efforts, including partnerships in place

- Details on all incentives and supports being offered to new teachers of color

The Foundation reserves the right to request additional data throughout the grant period.

3. Term

   a. Effective Period. This Agreement shall commence on the date of execution and shall expire on August 31, 2028.

   b. Termination. The Foundation may terminate this Agreement ("Termination");

   (1) if the District fails to perform or observe any covenant of this Agreement and this failure in not remediated within fifteen (15) days after notice in writing; or

   (2) if the Grant Funds are revoked.

4. Indemnification.

   a. District & Foundation. The District and Foundation agree to jointly indemnify and hold harmless both parties, their agents, officers, servants, and employees, from any and all claims, demands, suits, and compromise, including attorneys' fees, which may result from the negligence, willful misconduct, or intentional wrong of either parties, their agents, officers, servants, and employees.

5. Miscellaneous.

   a. Status. All parties agree that at no time shall the terms of this agreement be interpreted or enforced in any way that is inconsistent with the tax-exempt status and charitable purposes of the Foundation

   b. Captions. Titles or captions of sections contained in this Agreement are inserted only as a matter of convenience and for reference, and in no way define, limit, extend, or describe the scope of this Agreement or the intent of any provision.

   c. Compliance. The District and the Foundation shall comply with all applicable federal and state laws and regulations.

   d. Entire Agreement. This Agreement constitutes the entire understanding between the District and the Foundation with respect to the transactions contemplated herein, and this Agreement shall not be modified except in a writing executed by all parties hereto.

   e. Severability. The invalidity, illegality, or unenforceability of any provision hereof shall not affect or impair any other provision, and this Agreement shall be construed as if such invalid, illegal, or unenforceable provision had never been contained herein, and the remainder of this Agreement shall be given full force and effect so far as possible.

f. Notice. All notices regarding this Agreement must be addressed and sent to each signatory of this Agreement.

g. Waiver. The failure of any party to insist upon strict performance of a covenant hereunder or of any obligation hereunder, irrespective of the length of time for which such failure continues, shall not be a waiver of such party's right to demand strict performance compliance in the future. No consent or waiver, expressed or implied, to or of any breach or default in the performance of any obligation hereunder, shall constitute a consent or waiver to or of any other breach or default in the performance of the same or any other obligation hereunder.

IN WITNESS WHEREOF, the parties to this Agreement have affixed their signatures:

_____   5/4/21
Neil Steinberg,                      Date
President & CEO
Rhode Island Foundation

_____   4/19/2021
Harrison Peters,                     Date
Superintendent
Providence Public School District

_____   4/23/21
Angélica Infante-Green, Commissioner Date
Commissioner
Rhode Island Department of Elementary & Secondary Education