AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Rhode Island ▼

| | |
|---|---|
| United States of America | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| Rhode Island Department of Education, | ) |
| | ) |
| Providence (RI) Public School District | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  1:25-cv-00466-MSM-PAS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rhode Island Department of Education
Angélica Infante-Green, Commissioner of Education
255 Westminster Street
Providence, RI 02903

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert L. Galbreath
Employment Litigation Section
Civil Rights Division
United States Department of Justice
150 M Street N.E., Ste. 9.1140
Washington, D.C. 20530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **November 25, 2025**

**/s/ Hanorah Tyer-Witek**
**Clerk of Court**

*0197328268*

Case 1:25-cv-00466-MSM-PAS    Document 7    Filed 11/25/25    Page 2 of 2 PageID #: 36

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:25-cv-00466-MSM-PAS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  RI  Dept of education

was received by me on *(date)*  12-8-25              .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Anthony Cottone              , who is

designated by law to accept service of process on behalf of *(name of organization)*  RI Dept

OF education _____ on *(date)*  12-5-25  12/25/ , or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00       .

I declare under penalty of perjury that this information is true.

Date:  12-5-25


Constable
*Server's signature*
Luis DaSilva 6119

_____
*Printed name and title*


67 Goddard St PnwnE 02908
*Server's address*

Additional information regarding attempted service, etc:



|||||||||||||||||||||
*0197328268*