# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF RHODE ISLAND,<br>RHODE ISLAND DEPARTMENT OF EDUCATION,<br><br>  and<br><br>PROVIDENCE, RHODE ISLAND, PUBLIC SCHOOL DISTRICT,<br><br>  Defendants. | CA No.: 1:25-cv-00466-MSM-PAS |

## JOINT MOTION FOR EXTENSION
## OF TIME TO RESPOND TO COMPLAINT

NOW COME the Plaintiff, United States of America, and the Defendants, State of Rhode Island Department of Education ("RIDE") and Providence, Rhode Island, Public School District ("PPSD"), and hereby move this Honorable Court to approve their agreed-upon stipulation to extend the time for RIDE and PPSD to answer or otherwise respond to Plaintiff's Complaint to Friday, January 16, 2026.

Agreed, consented, and stipulated to on this 19th day of December, 2025:

FOR UNITED STATES:

*/s/ Robert Galbreath*
Robert Galbreath, Esq. D.C. Bar # 460389
Employment Litigation Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street, N.E., Suite 9.1140
Washington, D.C. 20530

FOR PPSD:

*/s/ Charles Ruggerio*
Charles Ruggerio, Esq. #7620
Henneous Carroll Lombardo, LLC
One Citizens Plaza, 10th Floor
Providence, RI  02903

FOR RIDE:

*/s/ Natalya A. Buckler*
Natalya A. Buckler, Esq. #8415
Assistant Attorney General
Office of the R.I. Attorney General
150 South Main Street
Providence, R.I. 02906

Respectfully submitted,

**RHODE ISLAND DEPARTMENT OF EDUCATION**,

By Its Attorneys:

**PETER F. NERONHA
ATTORNEY GENERAL**

*/s/ Natalya A. Buckler*
**NATALYA A. BUCKLER** (Bar. No. 8415)
**ASSISTANT ATTORNEY GENERAL
OFFICE OF THE ATTORNEY GENERAL**
150 South Main Street, Providence, RI 02903
(401) 274-4400 ext. 2022
Fax (401) 222-2995
nbuckler@riag.ri.gov

2

**CERTIFICATE OF SERVICE**

    I, the undersigned, do hereby certify that on this 19th day of December, 2025, I electronically filed and served the within document through the ECF filing system. The document is available for viewing and/or downloading from the ECF System.

                                                                    */s/ Natalya A. Buckler*