**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA,**

    *Plaintiff,*

vs.                                                  C.A. No.: 1:25-cv-466

**STATE OF RHODE ISLAND,**
**RHODE ISLAND DEPARTMENT**
**OF EDUCATION,**

and

**PROVIDENCE, RHODE ISLAND,**
**PUBLIC SCHOOL DISTRICT**
    *Defendants.*

## ENTRY OF APPEARANCE

I, Deidre E. Carreno, hereby enter my appearance in the above-captioned matter on behalf of Defendant, Providence Public School District.

                                                 Respectfully submitted,

                                                 */s/ Deidre E. Carreno*
                                                 _____
                                                 Deidre E. Carreno          (#7810)
                                                 Henneous Carroll Lombardo, LLC
                                                 One Citizens Plaza, Suite 1010
                                                 Providence, RI 02903
                                                 401.424.5224
                                                 dcarreno@hcllawri.com

Dated:  January 16, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of January, 2026, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's

Electronic Filing System.  Parties may access this filing through the Court's Electronic Filing System.

| | |
|---|---|
| James J. Arguin, Esq.<br>jarguin@riag.ri.gov | Natalya A. Buckler, Esq.<br>nbuckler@riag.ri.gov |
| Robert Galbreath, Esq.<br>robert.galbreath@usdoj.gov | |

                  */s/ Deidre E. Carreno*
                  _____