## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

United States of America
Plaintiff,
v.   Case No.: 1:25−cv−00466−MSM−PAS

Rhode Island Department of Education, et al.
Defendant.

## PRETRIAL SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that:

1. Pleadings shall be amended by March 9, 2026

2. All parties shall be joined by March 9, 2026

3. All factual discovery shall be completed by September 8, 2026

4. Plaintiff shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by October 6, 2026

5. Defendant shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by November 6, 2026

6. All expert discovery shall be completed by December 7, 2026

7. Dispositive motions shall be filed by January 6, 2027

The parties shall add any known additional defendants or third−party defendants within sixty (60) days of the date of this order.

No discovery motions shall be filed until after the party in good faith tries to resolve the matter with opposing counsel. If that does not resolve the dispute, the party must first have an informal conference with the Court, which can be arranged by contacting the judge's Case Manager at the direct extension listed below.

It is so ordered.

February 11, 2026                              By the Court:

/s/ Mary S. McElroy
United States District Judge

U.S. District Court
for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903
Case Manager: Carrie Potter 401–752–7204